AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| Haitian Evangelical Clergy Association et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-1464 (BMC) |
| Trump et al | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Haitian Evangelical Clergy Association.

Date: 3/21/2025

/s/ Raymond Audain
*Attorney's signature*

Raymond Audain, 4358594
*Printed name and bar number*

Giskan Solotaroff & Anderson LLP
90 Broad Street, 2nd Floor
New York, NY 10004
*Address*

raudain@gslawny.com
*E-mail address*

(646) 853-0773
*Telephone number*

(212) 847-8315
*FAX number*

Print   Save As...   Reset