# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAITIAN EVANGELICAL CLERGY ASSOCIATION; SERVICE EMPLOYEES INTERNATIONAL UNION – LOCAL 32BJ; SABINA BADIO FLORIAL; YOUDELAINE DORCIN; ROBERT JEAN ALIX ERINAC; RACHELLE GUIRAND; DIEU YOLNICK JEUNE CADET; AUDOINE AMAZAN; GERALD MICHAUD; NADEGE JOSEPH MICHAUD; and MARIE WILDRIGUE ERINAC MIOT,<br><br>     *Plaintiffs*,<br><br>     v.<br><br>DONALD J. TRUMP, President of the United States of America; UNITED STATES OF AMERICA; THE DEPARTMENT OF HOMELAND SECURITY; and KRISTI NOEM, Secretary of Homeland Security,<br><br>     *Defendants*. | Case No. 1:25-cv-01464-BMC<br><br><br><br><br><br>**NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br><br>**<u>ORAL ARGUMENT REQUESTED</u>** |

  PLEASE TAKE NOTICE that on March 25, 2025, at 9:30 a.m., or as soon thereafter as the matter may be heard, at 225 Cadman Plaza East, Brooklyn, New York 11201, Plaintiffs will, pursuant to Federal Rule of Civil Procedure 56, move this Court, the Hon. Brian M. Cogan, U.S.D.J., for summary judgment on their claim that the Secretary of Homeland Security's February 24, 2025, "partial vacatur" of Haiti's Temporary Protected Status designation under 8 U.S.C. § 1254a is "in excess of statutory … authority" and must therefore be "held unlawful and set aside" under 5 U.S.C. § 706(2). In support their motion, Plaintiffs submit contemporaneously with this notice: (1) their Memorandum of Law dated

March 24, 2025; (2) the Declaration of Marie Wildrigue Erinac Miot dated March 11, 2025; and (3) the Declaration of Youdelaine Dorcin dated March 12, 2025.

Dated: March 24, 2025

Respectfully submitted,

/s/ Andrew Tauber
Andrew Tauber

| | |
|---|---|
| Ira J. Kurzban<br>Kevin Gregg*<br>KURZBAN, KURZBAN, TETZELI & PRATT, P.A.<br>131 Madeira Ave.<br>Coral Gables, FL 33134<br>(305) 444-0060<br>ira@kktplaw.com<br>kgregg@kktplaw.com | Andrew E. Tauber<br>Sarah Levine Hartley*<br>BRYAN CAVE LEIGHTON PAISNER, LLP<br>1155 F Street NW, Ste. 700<br>Washington, DC 20004<br>(202) 508-6200<br>andrew.tauber@bclplaw.com<br>sarah.hartley@bclplaw.com |
| Sejal Zota<br>Daniel Werner*<br>Dinesh McCoy*<br>JUST FUTURES LAW<br>1629 K Street NW, Suite 300<br>Washington, DC 20006<br>(617) 812-2822<br>sejal@justfutureslaw.org<br>dinesh@justfutureslaw.org<br>daniel@justfutureslaw.org | Geoffrey M. Pipoly*<br>Alexa Thein*<br>Madisen Hursey*<br>BRYAN CAVE LEIGHTON PAISNER, LLP<br>161 N. Clark Street, Ste. 4300<br>Chicago, IL 60601<br>(312) 602-5000<br>geoff.pipoly@bclplaw.com<br>alexa.thein@bclplaw.com<br>madisen.hursey@bclplaw.com |
| Raymond Audain<br>GISKAN SOLOTAROFF & ANDERSON LLP<br>90 Broad Street, 2nd Floor<br>New York, NY 10004<br>(212) 847-8315<br>raudain@gslawny.com | *PHV* application forthcoming |

*Attorneys for Plaintiffs*