

March 24, 2025

Andrew Tauber
Counsel
Direct:  +1 202 508 6111
Fax:  +1 202 220 7421
andrew.tauber@bclplaw.com

BRYAN CAVE LEIGHTON PAISNER LLP
1155 F Street NW
Washington DC 20004 1357
T: +1 202 508 6000
F: +1 202 508 6200

bclplaw.com

Hon. Brian M. Cogan, U.S.D.J.
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:    Unsealing filings**
*Haitian Evangelical Clergy Ass'n v. Trump*, No. 25-cv-1464 (filed March 14, 2025)

Dear Judge Cogan:

In response to today's order, Plaintiffs write to inform the Court that they do not oppose the unsealing of the filings in this case.

Respectfully submitted,

*/s/ Andrew Tauber*

Andrew E. Tauber