

April 3, 2025

Andrew Tauber
Counsel
Direct: +1 202 508 6111
Fax: +1 202 220 7421
andrew.tauber@bclplaw.com

BRYAN CAVE LEIGHTON PAISNER LLP
1155 F Street NW
Washington DC 20004 1357
T: +1 202 508 6000
F: +1 202 508 6200
bclplaw.com

Hon. Brian M. Cogan
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:  Notice of Agreement Regarding Briefing Schedule**
*Haitian Evangelical Clergy Ass'n v. Trump*, No. 25-cv-1464 (filed March 14, 2025)

Dear Judge Cogan:

Consistent with this Court's April 1, 2025 order expressing a preference to hear motions "on the same timetable," the parties have met and conferred and have agreed on a schedule for motion briefing. The parties now jointly submit this letter to notify the court of the agreed schedule.

- **April 15, 2025**: Defendants' combined brief (i) in opposition to Plaintiffs' motion for partial summary judgment and (ii) in support of their motion to dismiss, and Plaintiffs' brief in support of their motion for postponement of the effective date of termination of Haiti's TPS under 5 U.S.C. § 705.[1]

- **April 29, 2025:** Plaintiffs' brief (i) in opposition to Defendants' motion to dismiss and (ii) reply in support of their motion for partial summary judgment and Defendants' opposition to Plaintiffs' motion for postponement

- **May 6, 2025**: Defendant's reply in support of their motion to dismiss and Plaintiffs' reply in support of their motion for postponement.

Respectfully submitted,

*/s/ Andrew Tauber*

Andrew Tauber—Counsel for Plaintiffs

*/s/ Anna Dichter*

Anna Dichter—Counsel for Defendants

---

[1] During their meet-and-confer with Defendants, Plaintiffs reserved the right to file a motion for postponement which Defendants acknowledged. The arguments in Plaintiffs' expected motion for postponement will largely mirror the arguments Plaintiffs have already presented in their motion for partial summary judgment; the relief sought, however, will be different. *Compare* 5 U.S.C. § 706 (requiring courts to "hold unlawful and set aside" agency action) *with* 5 U.S.C. § 705 (authorizing courts to "postpone the effective date of action taken" by an agency). Plaintiffs respectfully request that the Court construe this letter as a motion to waive any pre-motion conference requirements for the expected motion for postponement in light of the agreed-upon schedule.