UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------x

HAITIAN EVANGELICAL CLERGY
ASS'N, *et al.*,

                Plaintiffs,

v.

DONALD J. TRUMP, President of the
United States of America, *et al.*,

                Defendants.

----------------------------------------------x

**NOTICE OF MOTION**

**Oral Argument Requested**

Civil Action No.
1:25-cv-1464 (BMC)

PLEASE TAKE NOTICE THAT, upon the accompanying memorandum of law and upon all pleadings and proceedings herein, Defendants President Donald J. Trump in his official capacity, Secretary of Homeland Security Kristi Noem in her official capacity, the Department of Homeland Security, and the United States of America will move before the Honorable Brian M. Cogan, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York, on a date and a time to be designated by the Court, for dismissal of the Plaintiffs' Complaint against the Defendants in its entirety, with prejudice, pursuant to Fed. R. Civ. P. 12 or, in the alternative, denial of Plaintiffs' Motion for Partial Summary Judgment in its entirety, pursuant to Fed. R. Civ. P. 56; and for such other relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's current Scheduling Order (ECF No. 33), Plaintiffs' brief in support of their motion for postponement of the effective date of termination of Haiti's TPS under 5 U.S.C. § 705 must be served on April 15, 2025; Defendants' opposition to Plaintiffs' motion for postponement is due by April 29, 2025.

Additionally, Plaintiffs' brief (i) in opposition to Defendants' motion to dismiss and (ii) reply in support of their motion for partial summary judgment must be served by April 29, 2025. Finally, Defendants' reply in support of their motion to dismiss <u>and</u> Plaintiffs' reply in support of their motion for postponement must be served on or before May 6, 2025.

Dated: April 15, 2025

| | |
|---|---|
| YAAKOV M. ROTH<br>Acting Assistant Attorney General<br><br>SARAH L. VUONG<br>Assistant Director<br><br>WILLIAM H. WEILAND<br>Senior Litigation Counsel | LAUREN BRYANT<br>CATHERINE ROSS<br>ERIC SNYDERMAN<br>ANNA L. DICHTER<br>JEFFREY HARTMAN<br>AMANDA SAYLOR<br>Trial Attorneys<br><br><u>s/ Luz Maria Restrepo</u><br>LUZ MARIA RESTREPO<br>Trial Attorney<br>U.S. Department of Justice, Civil Division<br>Office of Immigration Litigation<br>General Litigation and Appeals Section<br>P.O. Box 868 Ben Franklin Station<br>Washington, D.C. 20044<br><br>*Counsel for Defendants* |

TO:     Raymond Audain
*Counsel for Plaintiffs*
GISKAN, SOLOTAROFF & ANDERSON, LLP
New York
90 Broad Street
Second Floor
New York, NY 10004
646-835-0773

Ira J Kurzban
*Counsel for Plaintiffs*
KURZBAN, KURZBAN, TETZELI & PRATT, P.A.
131 Madeira Avenue
Coral Gables, FL 33134

305-444-0060

Madisen Hursey
Geoffrey Pipoly
Alexa Jane Thein
*Counsel for Plaintiffs*
BRYAN CAVE LEIGHTON PAISNER
161 N Clark St
Ste 4300
Chicago, IL 60607
847-894-3712

Andrew Tauber
*Counsel for Plaintiffs*
BRYAN CAVE LEIGHTON PAISNER LLP
1155 F Street, NW
Washington, DC 20004
202-508-6111

Sarah Levine Hartley
*Counsel for Plaintiffs*
BRYAN CAVE LLP
1700 Lincoln Street
Suite 4100
Denver, CO 80202
303-866-0363

Sejal Zota
*Counsel for Plaintiffs*
JUST FUTURES LAW
1629 K Street N.W.
Suite 300
District of Columbia, DC 20006
919-698-5015