# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAITIAN EVANGELICAL CLERGY ASSOCIATION; SERVICE EMPLOYEES INTERNATIONAL UNION – LOCAL 32BJ; SABINA BADIO FLORIAL; YOUDELAINE DORCIN; ROBERT JEAN ALIX ERINAC; RACHELLE GUIRAND; DIEU YOLNICK JEUNE CADET; AUDOINE AMAZAN; GERALD MICHAUD; NADEGE JOSEPH MICHAUD; and MARIE WILDRIGUE ERINAC MIOT,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States of America; UNITED STATES OF AMERICA; THE DEPARTMENT OF HOMELAND SECURITY; and KRISTI NOEM, Secretary of Homeland Security,<br><br>*Defendants*. | Case No. 1:25-cv-01464-BMC<br><br><br><br>NOTICE OF MOTION FOR POSTPONEMENT OF AGENCY ACTION UNDER 5 U.S.C. § 705<br><br><br><u>ORAL ARGUMENT REQUESTED</u> |

PLEASE TAKE NOTICE that on April 16, 2025, at 9:30 a.m., or as soon thereafter as the matter may be heard, at 225 Cadman Plaza East, Brooklyn, New York 11201, Plaintiffs will, pursuant to 5 U.S.C. § 705, move this Court, the Hon. Brian M. Cogan, U.S.D.J., for postponement of the effective date of the Secretary of Homeland Security's February 24, 2025, "partial vacatur" of Haiti's Temporary Protected Status designation pending final resolution of this case on the merits. In support their motion, Plaintiffs are simultaneously submitting a memorandum of law dated April 15, 2025.

| | |
|---|---|
| Dated: April 15, 2025 | Respectfully submitted,<br><br><u>/s/ Andrew Tauber</u><br>Andrew Tauber |
| Ira J. Kurzban | Andrew E. Tauber |

Kevin Gregg\*
KURZBAN, KURZBAN, TETZELI & PRATT, P.A.
131 Madeira Ave.
Coral Gables, FL 33134
(305) 444-0060
ira@kktplaw.com
kgregg@kktplaw.com

Sejal Zota
Daniel Werner\*
Dinesh McCoy\*
JUST FUTURES LAW
1629 K Street NW, Suite 300
Washington, DC 20006
(617) 812-2822
sejal@justfutureslaw.org
dinesh@justfutureslaw.org
daniel@justfutureslaw.org

Raymond Audain
GISKAN SOLOTAROFF & ANDERSON LLP
90 Broad Street, 2nd Floor
New York, NY 10004
(212) 847-8315
raudain@gslawny.com

Sarah Levine Hartley
BRYAN CAVE LEIGHTON PAISNER, LLP
1155 F Street NW, Ste. 700
Washington, DC 20004
(202) 508-6200
andrew.tauber@bclplaw.com
sarah.hartley@bclplaw.com

Geoffrey M. Pipoly
Alexa Thein
Madisen Hursey
BRYAN CAVE LEIGHTON PAISNER, LLP
161 N. Clark Street, Ste. 4300
Chicago, IL 60601
(312) 602-5000
geoff.pipoly@bclplaw.com
alexa.thein@bclplaw.com
madisen.hursey@bclplaw.com

\**PHV* application forthcoming

*Attorneys for Plaintiffs*