**BCLP**
Bryan Cave Leighton Paisner

BRYAN CAVE LEIGHTON PAISNER LLP
1155 F Street NW
Washington DC 20004 1357
T: +1 202 508 6000
F: +1 202 508 6200
bclplaw.com

May 19, 2025

Andrew Tauber
Counsel
Direct:  +1 202 508 6111
Fax:  +1 202 220 7421
andrew.tauber@bclplaw.com

Hon. Brian M. Cogan, U.S.D.J.
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** **Notice of Supplemental Authority**
*Haitian Evangelical Clergy Ass'n v. Trump*, No. 25-cv-1464

Dear Judge Cogan:

We represent Plaintiffs in the above-captioned case. On May 28, the Court will hear oral argument on the government's motion to dismiss and Plaintiffs' motions for partial summary judgment and postponement pending review.

In our briefing, we cite *National TPS Alliance v. Noem*, --- F. Supp. 3d ---, 2025 WL 957677 (N.D. Cal. 2025). We write to inform the Court that today the Supreme Court stayed that decision pending review in the Ninth Circuit. *Noem v. Nat'l TPS All.*, No. 24A1059 (U.S. May 19, 2025) (attached as Ex. 1).

The order staying *NTPS* is notable in two regards.

First, it does not reach the merits of the government's jurisdictional argument under 8 U.S.C. § 1254a(b)(5)(A)—or its argument under 8 U.S.C. § 1252(f)(1), which the government did not invoke in its stay application.

Second, the stay "is without prejudice to any challenge" to Secretary Noem's vacatur of former-Secretary Mayorkas's extension of Venezuela's TPS designation through October 2, 2026 "insofar as the [vacatur] purports to invalidate" TPS holders' authorization to live and work in the United States before that date.

Should the Court wish additional briefing, we are prepared to submit it before the May 28 hearing.

Respectfully submitted,

*/s/ Andrew Tauber*

Andrew E. Tauber