

U.S. Department of Justice

*Civil Division*

Washington, D.C. 20530

**BY ECF**  June 18, 2025

Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Status Update – Haiti TPS Termination Notice
            *Haitian Evangelical Clergy Assn., et al. v. Donald J. Trump, in his official capacity as President of the United States of America, et al.*, No. 25-CV-1464 (BMC) (E.D.N.Y.)

Dear Judge Cogan:

      On August 3, 2025, the Temporary Protected Status (TPS) designation for Haiti is set to expire. *See Extension and Redesignation of Haiti for [TPS]*, 89 Fed. Reg. 54,484 (July 1, 2024); *Partial Vacatur of 2024 [TPS] Decision for Haiti*, 90 Fed. Reg. 10,511 (Feb. 24, 2025). The TPS statute requires the Secretary to make a determination whether the conditions for a country's designation continue to be met at least 60 days prior to the end of that designation period, making the deadline for a TPS determination for Haiti June 4, 2025. 8 U.S.C. § 1254a(b)(3)(A). The TPS statute does not mandate a specific publication timeframe for notice of the Secretary's determination, instead requiring that notice be "provide[d] on a timely basis." *Id.* Accordingly, such notice may be published less than 60 days from the date the designation is set to expire. *Id.* In the case of a determination to terminate the designation, however, the termination "shall not be effective earlier than 60 days after the date the notice is published, or, if later, the expiration of the most recent previous extension." *Id.* § 1254a(b)(3)(B). Defendants advise that the Secretary has complied with the statutory requirements and that notice of her determination will be published in the Federal Register on a timely basis, as the statute requires.

                                                        Respectfully submitted,

                                                        BRETT A. SHUMATE
                                                        Assistant Attorney General
                                                        Civil Division

                                                        YAAKOV M. ROTH
                                                        Principal Deputy Assistant Attorney General
                                                        Civil Division

                                                        SARAH VUONG
                                                        Assistant Director
                                                        Office of Immigration Litigation

                                 By:     */s/ Anna L. Dichter*
                                                        ANNA L. DICHTER
                                                        Trial Attorney

(202) 353-2405
Anna.l.dichter@usdoj.gov

cc: All Counsel of Record  (by ECF)