

June 24, 2025

Andrew Tauber
Counsel
Direct: +1 202 508 6111
Fax: +1 202 220 7421
andrew.tauber@bclplaw.com

BRYAN CAVE LEIGHTON PAISNER LLP
1155 F Street NW
Washington DC 20004 1357
T: +1 202 508 6000
F: +1 202 508 6200
bclplaw.com

Hon. Brian M. Cogan, U.S.D.J.
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** **Status Update**
*Haitian Evangelical Clergy Ass'n v. Trump*, No. 25-cv-1464

Dear Judge Cogan:

We write to advise the Court that Plaintiffs intend to submit a substantive response to the government's letter of a few moments ago (ECF 58). In the meantime, Plaintiffs ask that tomorrow's conference proceed as scheduled.

Respectfully submitted,

*/s/ Andrew Tauber*

Andrew E. Tauber