# EXHIBIT 2



**From:** HR Visa/Immigration Services <███████████████@northwell.edu>
**Sent:** Tuesday, June 10, 2025 3:31 PM
**To:** Badio Florial, Sabina ███████████████
**Subject:** Action Required – Expiring Work Authorization Reminder – Please do not reply

Subject: Action Required – Expiring Work Authorization Reminder – Please do not reply

To: Badio Florial, Sabina

Employee ID: ██████

Job Title: Clinical Laboratory Accessioner(CL)(99)

Our records indicate that your temporary work authorization will expire on **8/3/2025**. In accordance with the Immigration Reform and Control Act and Northwell Health policy, you must present original documentation that establishes your continued eligibility to work.

**Please take steps to address this status in advance of the expiration**.  You must provide your supervisor with original documentation that establishes your continued eligibility to work.  You can contact the HR Visa/Immigration Services at hrvisaimmigrationservices@northwell.edu if you have any questions regarding this notice.  You may also consult Federal USCIS guidelines for more information and to review Work Authorization Form I-9 Acceptable Documents. Please note, failure to present sufficient evidence of your renewed/continued work authorization by close of business on the expiration date of your work authorization status will result in the termination of your employment status.

*Please note* this is an automated reminder -- If you have already been contacted by, or are working directly with your supervisor to resolve this matter, your record will remain marked as pending until sufficient updated work authorization is obtained by Northwell and your record is updated in myExperience.

Regards,

1

HR Visa/Immigration Services

The information contained in this electronic e-mail transmission and any attachments are intended only for the use of the individual or entity to whom or to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient, or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any dissemination, distribution, copying or disclosure of this communication and any attachment is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by telephone and electronic mail, and delete the original communication and any attachment from any computer, server or other electronic recording or storage device or medium. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client, physician-patient or other privilege.