**U.S. Department of Justice**
*Civil Division*
*Washington, D.C. 20530*

---

**BY ECF**                                                                                                          June 27, 2025

Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re:   Timely Publication of Temporary Protected Status Determinations
   *Haitian Evangelical Clergy Assn., et al. v. Donald J. Trump, in his official capacity as President of the United States of America, et al.*, No. 25-CV-1464 (BMC) (E.D.N.Y.)

Dear Judge Cogan:

   First, the government attaches a pre-publication copy of a Federal Register Notice announcing that the Secretary of Homeland Security is terminating Haiti's designation for Temporary Protected Status (TPS), a Secretarial determination made on June 4, 2025. *See* 8 U.S.C. § 1254a(3)(A)-(B). This Notice will be published about 4 weeks after the Secretary's determination to terminate TPS for Haiti, well within the "timely basis" requirement of the TPS statute. *Id.* The Notice will extend the validity of Haitian TPS beneficiaries' documents by 60 days from the date of publication. *See* 8 U.S.C. § 1254a(b)(3)(B).

   The government notes that Plaintiffs' Complaint only challenges the legality of the Secretary's February 24, 2025 partial vacatur of Haiti's designation for Temporary Protected Status. *See* Compl. ¶¶ 127-156. Thus, neither the Secretary's determination terminating Haiti's TPS determination nor the attached Notice is currently part of Plaintiffs' claim. *See Atlantic Mut. Ins. Co. v. Balfour Maclaine Int'l Ltd.*, 968 F. 2d 196, 198 (2d Cir. 1992).

   Second, the government writes to provide the list of recent instances where publication of a Secretary of Homeland Security's TPS Notice in the Federal Register occurred more than four weeks after the Secretary made a written determination, as requested during the June 25, 2025 Conference before the Court. The Government has identified ten recent instances where this occurred.

| No. | Country | Date of Secretary Determination | Date of Publication | Time Elapsed | Type of TPS Determination |
|---|---|---|---|---|---|
| 1. | Syria | January 26, 2021 | March 19, 2021 | 7wks | Extension & New Designation |
| 2. | Burma | March 10, 2021 | May 25, 2021 | 10wks, 6d | Designation |
| 3. | Haiti | May 22, 2021 | August 3, 2021 | 6wks | Designation |
| 4. | Sudan | February 27, 2022 | April 19, 2022 | 7wks, 2d | Designation |
| 5. | Ukraine | March 3, 2022 | April 19, 2022 | 6wks, 5d | Designation |
| 6. | Afghanistan | March 16, 2022 | May 20, 2022 | 9wks, 2d | Designation |
| 7. | Cameroon | April 15, 2022 | June 7, 2022 | 7wks, 4d | Designation |

| 8. | Ethiopia | October 3, 2022 | December 12, 2022 | 10wks | Extension & New Designation |
| 9. | Somalia | January 4, 2023 | March 13, 2023 | 9wks, 5d | Extension & New Designation |
| 10. | Lebanon | October 16, 2024 | November 27, 2024 | 6wks | Designation |

The Department of Homeland Security identified the occurrences above by comparing the dates of signature by the Secretary on decision memoranda to the publication date of the Federal Register Notices. *See* 8 U.S.C. § 1254a(b)(1)(C); (b)(2)(A); (b)(3). Counsel for the government stated during the June 25, 2025 Conference that similar occurrences took place during several prior Presidential administrations. While this is likely accurate, the list referenced during the Conference contains examples only from the administration preceding the current one.

According to the Department of Homeland Security, a gap in time between the Secretary's TPS determination and the publication of a Notice can occur for many possible reasons, including the following:

- Foreign policy considerations surrounding the date of public announcement, regardless of whether the determination is an extension, termination, new designation, or other action;
- Department of Homeland Security officials responsible for preparing the Federal Register Notice must draft the Notice, researching and advising on legal and policy issues addressed in the Notice;
- Department of Homeland Security officials responsible for the Federal Register Notice must circulate and coordinate the Federal Register Notice among other officials in the Department of Homeland Security and with other Executive Branch officials;
- Department of Homeland Security officials responsible for preparing the Federal Register Notice must allocate their time among multiple agency actions, rulemaking projects, and other administrative law duties simultaneously with the drafting process;
- The Department of Homeland Security must submit the notice to the Office of the Federal Register for review, formatting, and publication in the Federal Register.

As the government asserted in its June 24, 2025 letter to the Court (Dkt. 58), Congress recognized that the Secretary might require flexibility as to when to publish a TPS Notice. The statute cabins this flexibility by tying the effective date of certain actions to the date of publication. *See* 8 U.S.C. § 1254a(b)(3)(A-B); (d)(3).

The Government renews its request that the Court dismiss Plaintiffs' Complaint in its entirety for lack of jurisdiction under 8 U.S.C. § 1254a(b)(5)(A) or because none of their claims are plausible on their face.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

            YAAKOV M. ROTH
            Principal Deputy Assistant Attorney General
            Civil Division


            SARAH VUONG
            Assistant Director
            Office of Immigration Litigation

By:  */s/ Eric M. Snyderman*
    ERIC SNYDERMAN
    Trial Attorney
    (202) 742-7079
    Eric.M.Snyderman@usdoj.gov

cc: All Counsel of Record  (by ECF)