# Exhibit 2

## Previous TPS Terminations: Relevant Dates

| | Country | Initial designation date | Natural expiration date | Termination FRN date | Date Termination Effective | Years from designation to termination notice | Months from termination notice to termination effective date |
|---|---|---|---|---|---|---|---|
| 1. | Angola | 3/29/2000<br>65 FR 16634 | 3/29/2003<br>67 FR. 4997 | 1/27/2003<br>68 FR 3896 | 3/29/2003 | 3 | 2 |
| 2. | Bosnia | 8/10/1992<br>57 FR 35604 | 8/10/2000.<br>64 FR 43720 | 8/30/2000<br>65 FR 52789 | 2/10/2001 | 8 | 5.5 |
| 3. | Burundi | 11/4/1997<br>62 FR 59735 | 11/2/2007<br>71 FR 54300 | 10/29/2007<br>72 FR 61172 | 5/2/2009 | 10 | 6 |
| 4. | El Salvador | 3/9/2001<br>66 FR 14214 | 3/9/2018<br>81 FR 44645 | 1/18/2018<br>83 FR 2654 | 9/9/2019 | 17 | 18 |
| 5. | Guinea | 11/21/2014<br>79 FR 69511 | 11/21/2016<br>81 FR 15339 | 9/26/2016<br>81 FR 66064 | 5/21/2017 | 2 | 8 |
| 6. | Haiti | 1/21/2010<br>75 FR 3476 | 1/22/2018<br>82 FR 23830 | 1/18/2018<br>83 FR 2648 | 7/22/2019 | 8 | 18 |
| 7. | Honduras | 1/5/1999<br>64 FR 524 | 7/5/2018<br>82 FR 59630 | 6/5/2018<br>83 FR 26074 | 1/5/2020 | 9.5 | 18 |
| 8. | Kosovo | 6/9/1998<br>63 FR 31527 | 6/8/2000<br>64 FR 30542 | 5/23/2000<br>65 FR 33356 | 12/8/2000 | 2 | 6.5 |

1

|  | Country | Initial designation date | Natural expiration date | Termination FRN date | Date Termination Effective | Years from designation to termination notice | Months from termination notice to termination effective date |
|---|---|---|---|---|---|---|---|
| 9. | Kuwait | 3/27/1991<br>56 FR 12745 | 3/27/1992<br>57 FR 2930 | 1/24/1992<br>57 FR 2930 | 3/27/1992 | 1 | 2 |
| 10. | Liberia | 3/27/1991<br>56 FR 12746 | 3/28/1998<br>62 FR 16608 | 3/31/1998<br>63 FR 15437 | 9/28/1998 | 7 | 6 |
| 11. | Liberia | 11/21/2014<br>79 FR 69502 | 11/21/2016<br>81 FR 15328 | 9/26/2016<br>81 FR 66059 | 5/21/2017 | 2 | 8 |
| 12. | Montserrat | 8/28/1997<br>62 FR 45685 | 8/27/2004<br>68 FR 39106 | 7/6/2004<br>69 FR 40642 | 2/27/2005 | 7 | 7.5 |
| 13. | Nepal | 6/24/2015<br>80 FR. 36346 | 6/24/2018<br>81 FR 74470 | 5/22/2018<br>83 FR 23705 | 6/24/2019 | 3 | 13 |
| 14. | Nicaragua | 1/5/1999<br>64 FR 526 | 1/5/2018<br>81 FR 30325 | 12/15/2017<br>82 FR 59636 | 1/5/2019 | 18 | 18 |
| 15. | Rwanda | 6/7/1994<br>59 FR 29440 | 6/6/1997<br>61 FR 58425 | 6/19/1997<br>62 FR 33442 | 12/6/1997 | 3 | 5.5 |
| 16. | Sierra Leone | 11/4/1997<br>62 FR 59736 | 11/2/2003<br>68 FR 52407 | 9/3/2003<br>68 FR 52407 | 5/3/2004 | 6 | 8 |
| 17. | Sierra Leone | 11/21/2014<br>80 FR 36551 | 11/21/2016<br>81 FR 15334 | 9/26/2016<br>81 FR 66054 | 5/21/2017 | 2 | 8 |

2

| | Country | Initial designation date | Natural expiration date | Termination FRN date | Date Termination Effective | Years from designation to termination notice | Months from termination notice to termination effective date |
|---|---|---|---|---|---|---|---|
| 18. | Sudan | 11/4/1999<br>62 FR 59737 | 11/2/2017<br>81 FR 4045 | 10/11/2017<br>82 FR 47228 | 11/2/2018 | 17 | 13 |

3