# EXHIBIT 1

7/15/25, 4:23 PM
Rockland County Haitians want temporary protected status extended. Here's how Rep. Mike Lawler is trying help. - CBS New York

Case 1:25-cv-01464-BMC    Document 64-1    Filed 07/15/25    Page 2 of 9 PageID #: 1303

**New York** | News    Weather    Voters Decide    Sports    Video    New York Show    ⛅ 81°

LOCAL NEWS

# Rockland County Haitians want temporary protected status extended. Here's how Rep. Mike Lawler is trying help.



By **Tony Aiello**
July 10, 2025 / 6:05 PM EDT / CBS New York



**Be the first to know**

Get browser notifications for breaking news, live events, and exclusive reporting.

7/15/25, 4:23 PM                Rockland County Haitians want temporary protected status extended. Here's how Rep. Mike Lawler is trying help. - CBS New York

Case 1:25-cv-01464-BMC    Document 64-1    Filed 07/15/25    Page 3 of 9 PageID #: 1394

The administration says relative calm has returned to the Caribbean island nation since last year's gang-driven violence, and Haitians on TPS should return home.

## Rep. Mike Lawler working to extend TPS for Haitians

Congressman Mike Lawler, a dependable Trump ally, represents Spring Valley, home to a large Haitian population since the 1960s, and disagrees.

"Without a functioning government, without basic security, without a duly-elected president to lead the Haitian people, the situation on the ground is too dangerous, not just for Americans but for Haitians," Lawler said Thursday.

Lawler pointed out that the State Department has been warning Americans not to travel to Haiti, and has been urging any Americans there to return home.



AD

**Be the first to know**
Get browser notifications for breaking news, live events, and exclusive reporting.

end TPS for Haitians. Lawler
                                                                                  ite House and preparing

7/15/25, 4:23 PM
Rockland County Haitians want temporary protected status extended. Here's how Rep. Mike Lawler is trying help. - CBS New York

Case 1:25-cv-01464-BMC    Document 64-1    Filed 07/15/25    Page 4 of 9 PageID #: 1305

Watch CBS News

"While there are countries that have abused the TPS designation, Haiti is not one of them," Lawler said.

The Department of Homeland Security told CBS News New York its position has not changed, and TPS will be revoked for Haitians as of Sept. 2.

Lawler is urging all affected to apply for asylum and pursue every legal means for remaining in the U.S.

## "I think the Trump administration is playing politics"

Spring Valley is home to thousands of Haitians seeking a better life but lately, many have kept a low profile.

"We run an [English as a second language] class. My statistics are 75% of the students don't show up anymore for ESL," said Dr. Nate Demosthenes of 1st Timothy Christian Church. "I think the Trump administration is playing politics, just to be honest with you."

**More from CBS News**


Protest outside Trump Tower to save LGBTQ+ suicide lifeline


Mahmoud Khalil discusses Trump administration lawsuit, Columbia protests


s on Long Island, police say

police say

ke Lawler    Trump Administration

**Be the first to know**
Get browser notifications for breaking news, live events, and exclusive reporting.

7/15/25, 4:23 PM  Rockland County Haitians want temporary protected status extended. Here's how Rep. Mike Lawler is trying help. - CBS New York

Case 1:25-cv-01464-BMC    Document 64-1    Filed 07/15/25    Page 5 of 9 PageID #: 1306

Watch CBS News

Tony Aiello serves as a CBS News New York general assignment reporter with a focus on covering news and breaking stories in the Northern Suburbs.

© 2025 CBS Broadcasting Inc. All Rights Reserved.

### ResMed AirMini™ - AutoSet™ Travel Portable CPAP Machine

CPAP therapy that fits in your pocket. The world's smallest CPAP device makes travel a breeze. Proven therapy now goes where you go—with waterless humidification, and convenience that doesn't sacrifice comfort. This …

### Why Gen X is the real loser generation

Don't cry for millennials or Gen Z. Save your pity for those in their 50s

PAID   THE ECONOMIST   Read More

### Flight Attendant Reveals How Seniors Can Fly Business Class For the Price Of Economy

Americans, you'll want to check this out ASAP



PAID   AIRLINES

### Seniors Can Now Fly Business Class For the Price Of Economy

Seniors, you'll want to check this out ASAP

PAID   AIRLINES

### MIT Research Reveals Leading Cause Of Senior Fatigue

A hidden MIT discovery is redefining what's possible after 70. Meet the seniors who refuse to slow down, thanks to this simple revelation.

### People in Denver are Loving Martha Stewart's Meal Kit

PAID   MARLEY SPOON

### ResMed AirMini™ Travel CPAP Premium Padded Travel Case

…ry and organize all the components you …cludes padded dividers, zippered …

### ...st in Retirement

…comfortable retirement?"

PAID   SMARTASSET   Learn More



**Be the first to know**

Get browser notifications for breaking news, live events, and exclusive reporting.

### ...Install Solar If You Live In These Zips

If your power bill is over $99 a month and you own a home, you may be eligible.

Watch CBS News

## She's 75 and Retiring - Her Handcrafted Jewelry Is 80% OFF

This retiring jeweler's heartfelt goodbye includes a once-in-a-lifetime discount. 80% off until everything is gone.

PAID   CRAFTMANSHIP DAILY   Read More

## Germany is building a big scary army

Its allies are ready. But are the Germans?

PAID   THE ECONOMIST   Read More

## Flight Attendant Reveals How Seniors Can Fly Business Class For Price Of Economy

Seniors, You'll Want To Check This Out ASAP!

PAID   INSIDER | TRAVEL DEALS

## Colorado Important Update For Vehicles Driven Less Than 50 Miles A Day

Don't pay your next auto insurance bill until you read about this!

## First-Ever Vacation Home In Miami Could Pay You Every Month

If you have $300k or more for a downpayment, this new vacation home could be for you.

## Denver: Here's The Average Price of a 6-Hour Gutter Upgrade

Thanks to this smart gutter upgrade its never been easier to prevent clogs and water damage and keep your home protected year-round.

## New York Student Sentenced To Year In Dubai Prison After Touching Airport Security Guard During Layover - Blavity

PAID   BLAVITY.COM

## Tired of Neck Pain? 9 Side Sleepers Can Try This Tonight

**Be the first to know**
Get browser notifications for breaking news, live events, and exclusive reporting.

Credit Card.

ompare Cards that Fit Your Needs.

PAID   INTUIT CREDIT KARMA   Learn More

one, Here's Why

7/15/25, 4:23 PM Rockland County Haitians want temporary protected status extended. Here's how Rep. Mike Lawler is trying help. - CBS New York

Case 1:25-cv-01464-BMC    Document 64-1    Filed 07/15/25    Page 7 of 9 PageID #: 1308

Watch CBS News

## Stay Down And Compress The Golf Ball By Copying This Easy Drill

PAID   PERFORMANCE GOLF   Learn More

## Upgrade Your Wallet with a New Cash Back Card.

See Recommendations for Great Cash Back Credit Cards of 2025. Compare Cards that Fit Your Needs.

PAID   INTUIT CREDIT KARMA   Learn More

## Why Men 40+ Are Ditching Their Shakes for This Muscle Trick

PAID   TONIC GYM PRO   Learn More

## Doctor: 5 Detergents To Avoid Toxic Ingredients!

You'll want to change your detergent after reading this...

PAID   WOMEN'S FITNESS & STYLE   Learn More

## It's a Safer, Cleaner Chew Solution

A safer, cleaner chew toy that keeps your home tidy. Try Chew Solution today.

PAID   TOPCHICDEALS   Learn More

## Sudoku That Feels Like Pen & Paper

Sudoku offers an easy way for Keep your mind sharp. no ads, free to try, Download and enjoy!

PAID   CLASSIC SUDOKU   Download

## Here's The Estimated Cost of a 1-day Walk-in Shower Upgrade

Enter your ZIP code and answer a few questions about your current bathroom setup.

PAID   HOMEBUDDY   Learn More



**Be the first to know**

Get browser notifications for breaking news, live events, and exclusive reporting.

Follow Us On

Watch CBS News

YouTube

Facebook

Instagram

TikTok

X

**CBS News New York**

Meet the Team

WLNY-TV 55

Program Guide

Contests & Promotions

Advertise With Us

Sitemap

**Regulation**

Public File for WCBS-TV

Public File for WLNY-TV

Public Inspection File Help

FCC Applications

WCBS-TV EEO Report

WLNY-TV EEO Report

**Privacy**



**Be the first to know**

Get browser notifications for breaking news, live events, and exclusive reporting.

About Paramount

Case 1:25-cv-01464-BMC    Document 64-1    Filed 07/15/25    Page 9 of 9 PageID #: 1310

Watch CBS News

Advertise With Paramount

Join Our Talent Community

Help

Feedback

©2025 CBS Broadcasting Inc. All Rights Reserved.