# EXHIBIT 2



MENU

# Temporary Protected Status Designated Country: Haiti

> **ALERT:** After reviewing country conditions and consulting with the appropriate U.S. government agencies, Secretary of Homeland Security Kristi Noem has determined that conditions in Haiti no longer support its designation for Temporary Protected Status (TPS). Haiti's TPS designation and related benefits terminate on September 2, 2025.
>
> For additional information, please see the Federal Register notice.

| | |
|---|---|
| **TPS Designated Through:** | Sept., 2, 2025 |
| **Initial Registration Period for Individuals Who Do Not Currently Have TPS:** | July 1, 2024, through Aug. 3, 2025 |
| **Employment Authorization Document (EAD) Auto-Extended Through:** | Sept. 2, 2025 |
| **Continuous Residence Date in United States Since:** | June 3, 2024 |
| **Continuous Physical Presence in United States Since:** | Aug. 4, 2024 |
| **TPS Designation Date:** | Aug. 4, 2024 |

| **Federal Register Notice Citations:** | - 86 FR 41863 (Aug. 3, 2021)
- 85 FR 79208 (Dec. 9, 2020)
- 86 FRN 50725 (Sep. 10, 2021)
- 87 FR 68717 (Nov. 16, 2022)
- 88 FR 5022 (Jan. 26, 2023)
- 89 FR 54484 (July 1, 2024)
- 90 FR 10511 (Feb. 24, 2025)
- 90 FR 28760 (July 1, 2025) |
|---|---|

↙ Close All    ↗ Open All

Automatic Employment Authorization Document (EAD) Extension ⌄

Other Immigration Options ⌄

Avoid Scams ⌄

Related Links ⌄

↙ Close All    ↗ Open All

Last Reviewed/Updated: 07/01/2025