UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------- X
HAITIAN EVANGELICAL CLERGY
ASSOCIATION, SERVICE EMPLOYEES
INTERNATIONAL UNION - LOCAL 32BJ,
SABINA BADIO FLORIAL,
YOUDELAINE DORCIN, ROBERT JEAN
ALIX ERINAC, RACHELLE GUIRAND,
DIEU YOLNICK JEUNE CADET,
AUDOINE AMAZAN, GERALD
MICHAUD, NADEGE JOSEPH MICHAUD,
and MARIE WILDRIGUE ERINAC MIOT,

                Plaintiffs,

                - against -

DONALD J. TRUMP, in his official capacity
as President of the United States; UNITED
STATES OF AMERICA; THE
DEPARTMENT OF HOMELAND
SECURITY; and KRISTI NOEM, in her
official capacity as Secretary of Homeland
Security,

                Defendants.
---------------------------------------------------------- X

**JUDGMENT**

25-cv-1464 (BMC)

THIS CASE, having come before the Court on plaintiffs' motion for partial summary judgment under 5 U.S.C. § 706(2), and the Court having entered its Memorandum Decision and Order, dated July 1, 2025, and plaintiffs having voluntarily dismissed their remaining claims based upon the Court's determination that they are moot in light of the relief ordered, it is

ORDERED AND ADJUDGED, that plaintiffs' motion for partial summary judgment is GRANTED; and it is further

ORDERED AND ADJUDGED, that the Secretary's partial vacatur of Haiti's TPS

designation is STAYED under § 706 of the Administrative Procedure Act.

.

**SO ORDERED.**

$\qquad\qquad\qquad\qquad\qquad\qquad\qquad\qquad$ *Brian M. Cogan*
$\qquad\qquad\qquad\qquad\qquad\qquad\qquad\qquad\qquad$ U.S.D.J.

Dated: Brooklyn, New York
$\qquad$ July 15, 2025