# Exhibit 2

7/17/25, 2:28 PM                    Temporary Protected Status Designated Country: Haiti | USCIS



MENU

Home  >  Humanitarian  >  Temporary Protected Status  >  Temporary Protected Status Designated Country: Haiti

# Temporary Protected Status Designated Country: Haiti

> **ALERT:** After reviewing country conditions and consulting with the appropriate U.S. government agencies, Secretary of Homeland Security Kristi Noem determined that Haiti no longer meets the conditions for its designation for Temporary Protected Status (TPS).  See Termination of the Designation of Haiti for Temporary Protected Status, 90 Fed. Reg. 28760 (July 1, 2025).  Haiti's TPS designation and related benefits were slated to terminate on Sept. 2, 2025.  However, on July 1, 2025, a single district judge in the U.S. District Court for the Eastern District of New York issued an order in Haitian Evangelical Clergy Ass'n v. Trump, No. 25-cv-1464, that effectively postpones the effective date of the termination until February 3, 2026, pending resolution of the litigation.  The district judge did so even though the Department of Homeland Security recently prevailed in the U.S. Supreme Court, 8-1, in a similar case. The Department of Homeland Security vehemently disagrees with this ruling and is working to determine next steps.

| | |
|---|---|
| **TPS Designated Through:** | Sept., 2, 2025 |
| **Initial Registration Period for Individuals Who Do Not Currently Have TPS:** | July 1, 2024, through Aug. 3, 2025 |
| **Employment Authorization Document (EAD) Auto-Extended Through:** | Sept. 2, 2025 |
| **Continuous Residence Date in United States Since:** | June 3, 2024 |
| **Continuous Physical Presence in United States Since:** | Aug. 4, 2024 |
| **TPS Designation Date:** | Aug. 4, 2024 |



Need Help?
Chat with Emma™

https://www.uscis.gov/humanitarian/temporary-protected-status/temporary-protected-status-designated-country-haiti                    1/2

| **Federal Register Notice Citations:** | - [86 FR 41863](#) (Aug. 3, 2021)<br>- [85 FR 79208](#) (Dec. 9, 2020)<br>- [86 FRN 50725](#) (Sep. 10, 2021)<br>- [87 FR 68717](#) (Nov. 16, 2022)<br>- [88 FR 5022](#) (Jan. 26, 2023)<br>- [89 FR 54484](#) (July 1, 2024)<br>- [90 FR 10511](#) (Feb. 24, 2025)<br>- [90 FR 28760](#) (July 1, 2025) |
|---|---|

↗ Close All   ↗ Open All

Automatic Employment Authorization Document (EAD) Extension ⌄

Other Immigration Options ⌄

Avoid Scams ⌄

Related Links ⌄

↗ Close All   ↗ Open All

Last Reviewed/Updated: 07/17/2025