

July 21, 2025

Andrew Tauber
Counsel
Direct:  +1 202 508 6111
Fax:  +1 202 220 7421
andrew.tauber@bclplaw.com

BRYAN CAVE LEIGHTON PAISNER LLP
1155 F Street NW
Washington DC 20004 1357
T: +1 202 508 6000
F: +1 202 508 6200
bclplaw.com

Hon. Brian M. Cogan, U.S.D.J.
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:  Government's failure to publish a Federal Register notice**
*Haitian Evangelical Clergy Ass'n v. Trump*, No. 25-cv-1464

Dear Judge Cogan:

Plaintiffs write in response to today's order; they ask that tomorrow's conference be held as scheduled.

Although the government has finally updated the DHS website, it still has not published a corrective notice in the Federal Register—which is what it did when previous TPS terminations were blocked by courts and what it told this Court it would do in this case. *See* ECF 66.

Referring specifically to Haitian TPS holders "who have EADS with an August 3, 2025 expiration date," the government told this Court that "[f]ollowing … **publication of the [Federal Register notice],** individuals with expiring documents would have the ability to show their employers that their EADs have automatically extended." ECF 58 at 2 (emphasis added).

Despite this representation, the government has not only failed to publish a corrective notice in the Federal Register but has now indicated that it will not do so, telling the Court that "[n]o Federal Register notice is necessary." ECF 67 at 1.

Plaintiffs request that tomorrow's conference be held so that the Court can inquire into the government's departure from past practice and failure to fulfill its representations to the Court.

Respectfully submitted,

*/s/ Andrew Tauber*

Andrew E. Tauber