IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **HAITIAN EVANGELICAL CLERGY ASSOCIATION; SERVICE EMPLOYEES INTERNATIONAL UNION – LOCAL 32BJ; SABINA BADIO FLORIAL; YOUDELAINE DORCIN; ROBERT JEAN ALIX ERINAC; RACHELLE GUIRAND; DIEU YOLNICK JEUNE CADET; AUDOINE AMAZAN; GERALD MICHAUD; NADEGE JOSEPH MICHAUD; and MARIE WILDRIGUE ERINAC MIOT,**<br><br>*Plaintiffs*,<br><br>v.<br><br>**DONALD J. TRUMP, President of the United States of America; UNITED STATES OF AMERICA; THE DEPARTMENT OF HOMELAND SECURITY; and KRISTI NOEM, Secretary of Homeland Security,**<br><br>*Defendants*. | Case No. 1:25-cv-01464-BMC |

### NOTICE OF MOTION TO WITHDRAW AS ATTORNEY OF RECORD

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 1.4, Daniel Werner of Just Futures Law respectfully moves to withdraw as counsel for Plaintiffs in the above-captioned action. Mr. Werner will end his employment with Just Futures Law on January 4, 2025 and no longer has responsibility for this case. Plaintiffs remain represented by other counsel of record in this matter. Pursuant to Local Civil Rule 1.4, an affidavit supporting this motion is unnecessary because Sejal Zota of Just Futures Law continues to represent the Plaintiffs in this matter. A copy of this motion has been served on counsel for all parties by ECF.

DATED: December 18, 2025

                                                Respectfully submitted,

                                                <u>/s/ Daniel Werner</u>
                                                Daniel Werner (pro hac vice admission)
                                                Just Futures Law
                                                1629 K Street, NW
                                                Suite 300
                                                Washington, D.C. 20006
                                                Telephone: (617) 812-2822
                                                daniel@justfutureslaw.org